IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 2 0 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTHUR LEVERTON, #144950 | § § | |
| V. | § § | CIVIL ACTION NO. G-04-628 |
| CORRECTIONAL MEDICAL SERVICES | § | |

### ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on February 14, 2005, which recommends that the instant case be dismissed with prejudice. Plaintiff, who was seeking injunctive relief in this matter but has since been released, has filed objections to the Report and Recommendation which contain no factual substance.

After *de novo* review pursuant to 28 U.S.C. §636(b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. It is the **ORDER** of this Court that this cause is **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**DONE** at Galveston, Texas, this the 19th day of April, 2005.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE